UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| REX CRAIGHEAD | CIVIL ACTION NO. 3:17-CV-477 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| MIKE ANDERSON, ET AL | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, including Plaintiff's subsequent filings [Doc. Nos. 17 & 18], and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §1915.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that to the extent plaintiff has asserted a habeas corpus claim, this claim be **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 13th day of June, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE